UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| GREGORY SIMS | CIVIL ACTION |
| VERSUS | NO. 10-86-BAJ-DLD |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | |

**RULING**

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated July 11, 2011 (doc. 14). Counsel for plaintiff has filed an objection (doc. 15) which merely restates legal argument and does not require de novo findings under 28 U.S.C. 636.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the decision of the Commissioner denying benefits is affirmed, and claimant's complaint is DISMISSED.

Baton Rouge, Louisiana, July 29, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA